IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 4:16CR3036 |
| vs. | | |
| CHANDRA WRIGHTSELL, | | ORDER |
| Defendant. | | |

Based on the representations of counsel for the parties, trial preparation for this case will require the parties to review of a large numbers of documents and understand a complex set of transactions. The court finds this case should be excluded from the time limitations of the Speedy Trial Act so that it can be fairly and justly resolved. Accordingly,

IT IS ORDERED:

1)  On or before April 28, 2016, counsel shall confer and accomplish discovery in accordance with NECrimR 16.1 and Fed.R.Crim.P. 16. The United States Attorney shall disclose *Brady v. Maryland* (and its progeny) material as soon as practicable.

2)  A trial date will not be set at this time. Instead, a telephonic status conference will be held at 9:30 a.m. on June 30, 2016 before the undersigned magistrate judge to discuss case progression and a potential trial setting. The defendant, defense counsel, and counsel for the government shall attend the conference. The court will provide call-in information for counsel's participation in the conference call.

3)  The Court further finds that the time between today's date and June 30, 2016 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii)i

April 7, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge